**Opinion issued February 28, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-17-00210-CV

————————————

## TEXAS EDUCATION AGENCY, Appellant

## V.

## H.C.V., Appellee

On Appeal from the 113th District Court
Harris County, Texas
Trial Court Case No. 2016-30247

## DISSENTING AND CONCURRING OPINION

In *Texas Education Agency v. S.E.H.*, No. 01-16-00420-CV, ___ S.W.3d ___,

2018 WL 6839727 (Tex. App.—Houston [1st Dist.] Dec. 28, 2018, pet. filed), this

Court, sitting en banc, held that a junior high school teacher who had solicited sex

online from a person he believed to be a thirteen-year old girl, pleaded guilty to

1

online solicitation of a minor, and was placed on community supervision was nevertheless entitled to have all records and files relating to his arrest expunged because the offense he pleaded guilty to violating was later held unconstitutional for overbreadth. I respectfully dissented to the en banc majority's affirmance of the expunction order in *S.E.H.*, and I respectfully dissent to the majority's affirmance of the expunction order in this case for the same reasons. *See id.* at *7–10 (Lloyd, J., dissenting). As with S.E.H., I would find H.C.V. ineligible for expunction.

I agree with the majority's decision to modify the expunction order to expressly allow Texas Education Agency and the Texas State Board of Educator Certification to retain a redacted version of the Proposal of Decision pertaining to H.C.V. Therefore, I concur with respect to Section II of the majority opinion.


Russell Lloyd
Justice

Panel consists of Justices Lloyd, Kelly, and Hightower.

Lloyd, J., dissenting, in part, and concurring, in part.